DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

12 JUNE 2013

| 131P13 | Ann W. Beck v. Leonard James Beck, Sr. and Maritime Yacht Brokerage, Inc. | Plt's PDR Under N.C.G.S. § 7A-31 (COA12-685) | Denied |
|---|---|---|---|
| 132P13 | Michael J. McCrann, Kelly C. McCrann, Henry W. Dirkmaat, Larilyn L. Dirkmaat, Robert C. Anderson, Jr., and Anne M. Anderson v. Pinehurst, LLC, Village of Pinehurst, and the Village Chapel a/k/a Village Chapel, Inc. | Plts' PDR Under N.C.G.S. § 7A-31 (COA12-680) | Denied<br><br>**Beasley, J., Recused** |
| 135P13 | State v. James Earl Richardson | Def's PDR Under N.C.G.S. § 7A-31 (COA12-731) | Denied |
| 136P13 | State v. Arnaud Steve Babella Mahoukou | 1. Def's *Pro Se* Motion to Reopen, Vacate, or Dismiss a Conviction<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 1. Dismissed<br><br>2. Allowed |
| 137P13 | State v. Ellis Garett Toone | 1. Def's *Pro Se* Motion for PDR (COAP11-1079)<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as Moot |
| 138P13 | State v. Rodney Lamar Robinson | Def's *Pro Se* Motion for a New Trial | Dismissed |
| 142P13 | State v. Thomas Brant Gee | Def's *Pro Se* Motion for PDR (COA11-1507) | Denied |
| 143P13 | State v. Brandon Lee Gross | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA12-951) | Denied |